**Jerry Bert BRAUN,
Petitioner–Appellant,**

**v.**

**Roger F. SCOTT, Warden,
Respondent–Appellee.**

**No. 89–15726.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted En Banc
June 20, 1991.

Decided July 12, 1991.

Mary E. Berkheiser, Meyer, Hendricks, Victor, Osborn & Maledon, Phoenix, Ariz., for petitioner-appellant.

Joseph Douglas Wilson, U.S. Dept. of Justice, Washington, D.C., Gerald S. Frank,

Asst. U.S. Atty., Tucson, Ariz., for respondent-appellee.

Before WALLACE, Chief Judge, HUG, SCHROEDER, D.W. NELSON, NORRIS, REINHARDT, HALL, THOMPSON, TROTT, FERNANDEZ, and THOMAS G. NELSON, Circuit Judges.

## ORDER

The appeal in this case is dismissed as moot. The district court's judgment is vacated, and the case is remanded with instructions to dismiss the action. *See Funbus Systems, Inc. v. California Public Utilities Commission*, 801 F.2d 1120, 1131–32 (9th Cir.1986).